UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHAM HOANG, | ) | Case No. CV 06-4929 GHK (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SCOTT KERNAN, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 5/20/11

_____
George H. King
United States District Judge